# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1276. THERIAN WIMBUSH v. H. FREDERICK MULLIS, JR., JUDGE et al.

In November or December 2017, Therian Wimbush, a state prisoner, submitted to the trial court a petition for writ of mandamus. The trial court denied the filing of the petition under OCGA § 9-15-2 (d), on the ground that it showed a complete absence of any justiciable issue of law or fact. Wimbush then sought appellate review of the trial court's order by filing both an application for discretionary appeal in this Court and a notice of appeal in the trial court. On February 7, 2018, we denied Wimbush's application for discretionary review. See *Therian Wimbush v. Oconee Judicial Circuit Judges H. Frederick Mullis et al.*, No. A18D0289 (February 7, 2018).

Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/04/2018
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.


, Clerk.